IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RAYMOND CURRY,<br><br>               Defendant. | 8:20CR171<br><br>ORDER |

This matter is before the court on the government's Motion to Continue [31]. Counsel seeks a continuance to ensure the availability of essential witnesses for trial. For good cause shown,

    **IT IS ORDERED** that the government's Motion to Continue [31] is granted, as follows:

1. The jury trial, now set for November 10, 2020, is continued to **December 1, 2020.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than October 2, 2020. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: September 28, 2020.**

                                                BY THE COURT:

                                                s/Susan M. Bazis
                                                United States Magistrate Judge