IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND CURRY,<br><br>Defendant. | 8:20CR171<br><br>TRANSCRIPT ORDER |

This matter is before the Court on Karla Curry's, a non-party, Request for Transcript (Filing No. 106) of the defendant's sentencing hearing for held on July 12, 2021.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 106) is granted.

2. The Clerk's Office is directed to mail a copy of this order to Karla Curry at 1821 Binney Street, Omaha, Nebraska 68110.

3. Court reporter Brenda Fauber is directed to advise Karla Curry of the cost to obtain the transcript. Karla Curry will be responsible for that transcript cost.

Dated this 8th day of April, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge